**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| TALKDESK, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 20-01699-RGA |
| | ) | |
| MITEL NETWORKS | ) | JURY TRIAL DEMANDED |
| (INTERNATIONAL) LTD. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**CORPORATE DISCLOSURE STATEMENT OF
DEFENDANT MITEL NETWORKS (INTERNATIONAL) LTD.**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Mitel Networks

(International) Ltd. ("Mitel") respectfully submit this Corporate Disclosure Statement:

1.     Mitel is a wholly owned subsidiary of MLN TopCo Limited.

2.     No publicly held corporation owns more than 10% of Mitel or MLN TopCo

Limited.

Dated:  December 30, 2020

OF COUNSEL:

David H. Harper
*david.harper@haynesboone.com*
Ryan N. Gardner
*ryan.gardner@haynesboone.com*

HAYNES & BOONE LLP
2323 Victory Avenue, Suite 700
Dallas, Texas 75219
214-651-5000  Telephone
214-651-5940  Facsimile

*/s/ Kelly E. Farnan*
Kelly E. Farnan (#4395)
farnan@rlf.com
RICHARDS, LAYTON & FINGER, P.A.
920 N. King Street
Wilmington, DE 19801
(302) 651-7705

**ATTORNEYS FOR DEFENDANT
MITEL NETWORKS
(INTERNATIONAL) LTD.**