IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

TALKDESK, INC.,                              :
                                             :
                  Plaintiff,                 :
                                             :
            v.                               :          Civil Action No. 20-1699-RGA
                                             :
MITEL NETWORKS                               :
(INTERNATIONAL) LTD.,                        :
                                             :
                  Defendant.                 :

**ORDER SETTING RULE 16(b) TELEPHONE CONFERENCE**

1.      A telephonic scheduling conference pursuant to Fed. R. Civ. P. 16(b) will be held
        on **Thursday, January 21, 2021, at 2:00 p.m.**, before the Honorable Richard G.
        Andrews.  Plaintiff's local counsel shall coordinate a dial-in number for the call
        and file a letter on the docket with the dial-in information.

2.      Parties shall use the "Rule 16 Order - non-patent" form of order, available on the
        Court's website, for the purpose of being prepared to provide the Court with
        agreed-upon dates that need to be scheduled.  No later than 48 hours before the
        scheduling conference, the parties shall file a proposed scheduling order using the
        "Rule 16 Scheduling Order - non-patent."

3.      The parties shall direct any requests or questions regarding the scheduling or
        management of this case to the Court's Case Manager at (302) 573-6137.


 January 5, 2021                                    /s/ Richard G. Andrews
Date                                               United States District Judge