

**WILMINGTON**
RODNEY SQUARE

**NEW YORK**
ROCKEFELLER CENTER

**Robert M. Vrana**
P 302.571.6726
F 302.576.3741
rvrana@ycst.com

January 7, 2021

<u>**VIA CM/ECF**</u>

The Honorable Richard G. Andrews
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801-3555

      Re:    <u>*Talkdesk, Inc. v. Mitel Networks (International) Ltd.*,
                C.A. No. 20-1699-RGA</u>

Dear Judge Andrews:

      Pursuant to the Court's January 5, 2021 Order Setting Rule 16(b) Telephone Conference, Plaintiff hereby provides the following dial-in information for the scheduling conference to be held on Thursday January 21, 2021 at 2:00 p.m.:

      Dial-in:  800-901-0296
      Passcode:  302-571-6726

      Should Your Honor have any questions or concerns regarding the foregoing, counsel are available at the Court's convenience.

                                    Respectfully,

                                    */s/ Robert M. Vrana*

                                    Robert M. Vrana (No. 5666)

cc:   All counsel of record (by CM/ECF)

25483021