

Kelly E. Farnan
302-651-7705
Farnan@rlf.com

March 10, 2021

<u>VIA CM/ECF</u>
The Honorable Judge Richard G. Andrews
J. Caleb Boggs Federal Building
844 N. King Street
Room 6325
Wilmington, DE 19801

      Re:   *Talkdesk, Inc. v. Mitel Networks (International) Ltd.*,
            <u>C.A. No. 20-01699-RGA</u>

Dear Judge Andrews:

     I write on behalf of Mitel Networks (International) Ltd. ("Mitel") regarding Mitel's Amended Motion for a Temporary Restraining Order (D.I. 38) filed on Monday, March 8. As Your Honor may recall, Mitel originally filed a Motion for TRO (D.I. 20) on January 28, 2021. Thereafter, the parties reported to the Court that they were "actively discussing a resolution of their disputes" and Mitel withdrew its Motion for TRO without prejudice (D.I. 33). Unfortunately, Plaintiff Talkdesk, Inc. ("Talkdesk") recently cancelled a settlement call between the parties and then sent another notice indicating it will stop service to Mitel's customers on Monday, March 15. Accordingly, Mitel has now had to renew its Motion for TRO.

     In discussions with Talkdesk prior to filing the Amended Motion for TRO, Talkdesk indicated it would object to Mitel engaging in a new round of briefing. In order to avoid a dispute, and to hopefully make the process more efficient for the Court, Mitel's Amended Motion for TRO relies on its previously-filed Opening Brief (D.I. 21) but relies on some additional declarations to reflect some additional factual information on which Mitel is relying (D.I. 39-41). Mitel engaged Talkdesk to try to determine an efficient procedure for Talkdesk to respond to the extent it needed to supplement its prior Answering Brief. As of yesterday afternoon, Talkdesk indicated it may want to file supplemental answering brief but could not commit to any length or timing. In light of the upcoming March 15 deadline, Mitel respectfully requests that the Court order Talkdesk to file any supplemental answering brief by no later than 6:00 pm today. Mitel will be prepared to file its reply brief by 9:00 am tomorrow morning.

     In addition, pursuant to District of Delaware Local Rule 7.1.4, Mitel respectfully requests that the Court set argument on the Motion for TRO this week to the extent the Court's schedule permits it.

The Honorable Richard G. Andrews
March 10, 2021
Page 2

We appreciate the Court's consideration of these requests and remain available at the Court's convenience should the Court have any questions.

Respectfully,

*/s/ Kelly E. Farnan*

Kelly E. Farnan (#4395)

cc: All Counsel of Record (via e-mail)