IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TALKDESK, INC.,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MITEL NETWORKS (INTERNATIONAL) LTD.,<br><br>　　　　　Defendant. | C.A. No. 20-1699-RGA |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. Rule Civ. Proc. 41(a)(1)(A)(ii), Plaintiff Talkdesk, Inc. and Defendant Mitel Networks (International) Ltd., by and through their undersigned counsel, hereby stipulate and agree that this action, including all claims and counterclaims, may be dismissed and hereby is dismissed, with prejudice. Each party will bear its own attorneys' fees and costs, including court costs, pursuant to the settlement agreement entered into by and between the parties.

27887006.3

DATED: March 19, 2021

| | |
|---|---|
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | RICHARDS, LAYTON & FINGER, P.A. |
| */s/ Robert M. Vrana* | */s/ Kelly E. Farnan* |
| Elena C. Norman (No. 4780) | Kelly E. Farnan (#4395) |
| Robert M. Vrana (No. 5666) | 920 N. King Street |
| Rodney Square | Wilmington, DE 19801 |
| 1000 North King Street | (302) 651-7705 |
| Wilmington, Delaware 19801 | farnan@rlf.com |
| (302) 571-6600 | |
| enorman@ycst.com | *Attorneys for Defendant* |
| rvrana@ycst.com | |

*Of Counsel*:

Amy K. Van Zant
avanzant@orrick.com
Jason Yu
jasonyu@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025-1015
Telephone: (650) 614-7400

*Attorneys for Plaintiff*

SO ORDERED this ___ day of March, 2021.

_____
United States District Judge

27887006.3